UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



UNITED STATES OF AMERICA

vs.   Case No: 5:15-CR-73-1H

DONALD JEROME PARKER   ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on August 24, 2015 be turned over to Special Agent Sgt. Phillip Lewis, Nash County Sheriff's Office to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | Drugs (Cocaine base - crack) |
| 2 | Drugs (Cocaine base - crack) |
| 3a | Envelope containing drugs |
| 4 | Drugs (Cocaine base - crack) |
| 5 | Drugs (Cocaine base - crack) |

This 24th day of August, 2015.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _Phillip Lewis_