UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



**UNITED STATES OF AMERICA**

vs.  CASE NO: 5:15-CR-73-1H

**DONALD JEROME PARKER**

ORDER

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $49.88. The clerk is DIRECTED to pay the sum of from the funds maintained in the Court's imprest fund account.

August 26, 2015
Date

Malcolm J. Howard
Senior United States District Judge